TROY MANUFACTURING COMPANY et al., Appellants, *v.* STAR KNITTING COMPANY, Respondent.*

(Submitted June 11, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 15, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Circuit.

*Doyle & Fitts* for appellants.

*E. Countryman* and *E. W. Douglass* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

GEORGE MOORE, Respondent, *v.* THE BROOKLYN ADVERTISING COMPANY, Appellant.

(Submitted June 11, 1894; decided June 22, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 17, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William J. Gaynor* for appellant.

*Charles H. Otis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

* Reported below, 67 Hun, 611.